UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:25-CV-81220-EA

ELIZABETH CHAPIN-NEVAREZ,
Plaintiff,
v.
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Defendant.

_____/

### MEDIATION REPORT

Pursuant to the Notice of Mediation filed with the court, a mediation conference was scheduled. Pursuant to the Notice of Mediation on 6-17-2026, at the mediation conference:

( xx ) Plaintiff/Counsel Appeared                    (     ) Plaintiff/Counsel did not Appear

( xx ) Defendant/Counsel Appeared                  (     ) Defendant/Counsel did not Appear

PLAINTIFF'S ATTORNEY/FIRM:
KEVIN PROBST, ESQ.
Dabdoud Law Firm, P. A.
1600 Ponce de Leon Blvd., Suite 1202
Coral Gables, Florida 33134

DEFENDANT'S ATTORNEY/FIRM:
Hector Rivera, Esq.
Quintairos, Prieto, Wood & Boyer, PA
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33130

**ESULTS**:
( xx )   Full Settlement Agreement

 /s/ Jack L Townsend, Sr.
Jack L. Townsend, Sr., Mediator
Law Office of Jack L. Townsend, Sr., P.A.
P.O. Box 291339, Tampa, FL 33687